**MEMO ENDORSED**

# NEMEROFF LAW OFFICES, LTD.
### ATTORNEYS AND COUNSELORS AT LAW

105 W. Madison Street, Suite 1900
Chicago, Illinois 60602
Telephone: (312) 629-8800  Facsimile: (312) 629-0388
www.davidnemeroff.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

April 16, 2021

Honorable Valerie Caproni
United States District Court
Southern District of New York

Re:   Nune Melikyan v. Whole Foods Market Group, Inc.
       Case No. 21-cv-2116

Dear Judge Caproni:

This firm represents the plaintiff in the above referenced case.  We received a notice of initial pretrial conference.  The date is set for April 30, 2021 at 10:30 a.m.  Unfortunately, I am unable to attend that date as I begin a medical malpractice jury trial on April 26, 2021 which is expected to run until May 7, 2021 in the case of Charles Weston v. OSF Healthcare in the Circuit Court of Peoria County, Illinois.  I am admitted pro hac vice, so no other attorneys in my firm are admitted to practice in your jurisdiction.

I am requesting an adjournment until a date after May 7.  This is our first request for any adjournment.  I've spoken with opposing counsel, Mitchell Levine and he has no objection.  I would suggest the following dates which are good for both of us:  May 13 or May 14.

Please contact me if you have any questions.  Thank you for your consideration.

Very truly yours,

David Nemeroff

DBN/zz

cc:  Mitchell Levine

Application GRANTED.  The April 30, 2021 IPTC is adjourned to **May 14, 2021, at 1:30 p.m.**  The parties' joint letter and proposed Case Management Plan are due no later than **May 6, 2021**. Plaintiff's counsel is further instructed to refile the stipulation of voluntary dismissal as to Defendant Amazon in accordance with the Clerk's Office instructions posted on the docket.

SO ORDERED.

*Valerie Caproni*
4/19/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE