# Fishman McIntyre Levine Samansky P.C.

| | | |
|---|---|---|
| STANLEY P. FISHMAN* <br> CHRISTOPHER E. McINTYRE > + <br> MITCHELL B. LEVINE* <br> SCOTT D. SAMANSKY** <br> CASSANDRA A. WILLOCK* <br> SCOTT A. GROSSMAN < <br> PETER J. MURANO, III* <br> KEVIN J. DONNELLY * <br> ANN MARIE F. KANE* <br> MARK N. KEDDIS* | NEW YORK OFFICE <br> 521 FIFTH AVENUE, 17th Fl. <br> New York, NY 10175 <br> Tel (212) 461-7190 <br> Fax (973) 560-0060 | 120 EAGLE ROCK AVENUE <br> EAST HANOVER, NJ 07936 <br> Telephone (973) 560-9000 <br> Fax (973) 560-0060 <br> <br> > NJ BAR <br> < NY BAR <br> ⊥ NJ, NY & CT BARS <br> **NJ & DC BARS <br> * NJ & NY BARS |
| DONALD M. GARSON > Of Counsel | February 24, 2022 | + Certified by the Supreme Court <br> of NJ as a Civil Trial Attorney <br> <br> www.fishmanmcintyre.com |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/22

**VIA ECF**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re: **Nune Melikyan v. Whole Foods Market Group, Inc.**
     Case No.: 1:21-cv-02116-VEC
     Our File No.: WH-075

Dear Judge Caproni:

  This firm represents defendant, Whole Foods Market Group, Inc., in connection with the above referenced matter. By Order dated January 22, 2022 (docket # 46) Your Honor granted plaintiff's application for a conference. Your Honor then set the matter down for an-person conference on March 4, 2022. However, by this letter, Whole Foods respectfully requests an brief adjournment thereof.

  The reason for the proposed adjournment is that the undersigned will be out of state, attending to a defense association conference.

  This is the first request for an adjournment of said conference. All counsel has consented to the same.

  Having spoken to plaintiff's counsel, we respectfully request the conference be rescheduled to March 17 or 18, 2022, of or course, any other date convenient to Your Honor.

  Thank you for Your Honor's attention to this request.

          Respectfully submitted,

          */s/Mitchell B. Levine*

          Mitchell B. Levine
          mitch@fishmanmcintyre.com

MBL:bas

cc: **Jason Joseph Lavery**, Esq. (via ECF)
  Anthony J Forzano, Esq. (via ECF)

1

Application GRANTED. The conference currently scheduled for Friday, March 4, 2022, at 10:30 a.m. is hereby ADJOURNED until **Monday, March 21, 2022, at 10:30 a.m.**

SO ORDERED.

2/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2