```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 NUNE MELIKYAN,                                                :
                                                               :
                                    Plaintiff,                 :
               -against-                                       :
                                                               :                    21-CV-2116 (VEC)
 WHOLE FOODS MARKET GOUP, INC.,                                :
                                                               :                         ORDER
                                    Defendant.                 :
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  3/17/22  |

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a conference is scheduled for Monday, March 21, 2022, at 10:30 a.m., *see* Dkt. 49; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the conference currently scheduled for Monday, March 21, 2022, at 10:30 a.m., is adjourned until **Monday, March 28, 2022, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the deadline for the parties to submit the related joint letter is adjourned *nunc pro tunc* from February 28, 2022 to **March 21, 2022**. The requirements for the letter can be found in the Court's order at Docket 46. If the letter is not filed by the deadline, the Court will enter an order to show cause why the case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Date: March 17, 2022                                    *Valerie Caproni* (signature)
      New York, New York                            **VALERIE CAPRONI**
                                        **United States District Judge**