

# THE FORZANO LAW FIRM
271 Avenue U
Brooklyn, NY 11223

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/22

Michael A. Forzano (1977-2018)

Anthony J. Forzano, Esq.   Writer's Direct E-Mail: AJF@ForzanoLaw.com

David K. Kowalenko, Esq. (NY, NJ & CT)

Stan Veyber, Esq.

Tel.: (718)372-1397

Fax: (718)504-4892

**MEMO ENDORSED**

March 18, 2022

<u>VIA ECF</u>

Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:  Case Name: Nune Melikyan v. Whole Foods Market Group, Inc.
        Case No: 1:121-cv-0~~2166~~ 2116

Dear Judge Caproni:

  Please be advised this firm represents the Plaintiff, Nune Melikyan in connection with the above reference matter.

  Please accept this correspondence as Plaintiff's request / motion for an adjournment of the conference currently scheduled for March 28, 2022 in this matter. The basis for this request is as well as an explanation as to why the parties failed to submit the proposed order as required is that is due to a disagreement and objections to certain aspects, including Plaintiff's ability to serve discovery on the Defendant Whole Foods. This morning, counsel and I have finally agreed to language that will reflect my intentions, as well as counsel's objections. The Order is being prepared and will be uploaded. I understand the importance of uploading the Order for the purposes of the conference, and that the fact that we weren't timely is unacceptable. For that I apologize to the Court.

  Further, please take this letter as a request to adjourn the conference to any other date besides March 28th, 2022, as there is a personal matter I must attend to. This will also ensure that the required proposed Order will be uploaded.

Very truly yours,

**ANTHONY J. FORZANO, ESQ.**

AJF@ForzanoLaw.com

cc:

Fishman, McIntyre, Levine Samansky P.C.
Attorneys for the Defendant Whole Food Market Group, Inc.
(Via E-Mail )

Koster, Brady & Nagler, LLP
Attorneys for Third Party Defendant Elite Investigations, LTD
(Via E-Mail)

---

Application GRANTED.  The status conference currently scheduled for March 28, 2022, at 2:30 p.m. is hereby ADJOURNED until **April 6, 2022, at 2:30 p.m.**
SO ORDERED.

*[signature]*

3/18/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE