UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NUNE MELIKYAN,                                    :
                                                  :
                              Plaintiff,          :
               -against-                          :
                                                  :
WHOLE FOODS MARKET GOUP, INC.,                    :
                                                  :
                              Defendant.          :
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/6/22
```

21-CV-2116 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a hearing on April 6, 2022;

IT IS HEREBY ORDERED that Plaintiff must provide HIPAA releases for all providers

and IRS releases to Defendant Whole Foods Market Group, Inc. and third-party Defendant Elite

Investigations Ltd. not later than **April 11, 2022**.  Fact discovery must be completed not later

than **August 12, 2022**.  Expert discovery must be completed not later than **October 31, 2022**.

IT IS FURTHER ORDERED that the parties must appear for a pre-trial conference on

**August 12, 2022 at 10:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40

Foley Square, New York, NY 10007.  The parties must submit a joint letter regarding the status

of the case as described in the Court's order at Docket 20 not later than **August 4, 2022**.

**SO ORDERED.**

**Date:  April 6, 2022**
        **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**